AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

-FILED-

APR 20 2022

At ______ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

United States of America
v.

DEMETRIUS BOSTIC

*Defendant(s)*

Case No. 1:22MJ -73-SLC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 7, 2021 through April 19, 2022 in the county of Allen in the Northern District of Indiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) | On or about June 7, 2021 through April 19, 2022, BOSTIC knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, namely 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance; and |
| 18 U.S.C. § 922(g)(1) | On or about April 19, 2022, BOSTIC, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and the firearm was in and affecting commerce. |

This criminal complaint is based on these facts:

See attached affidavit of TFO Darren Compton, Drug Enforcement Administration.

☑ Continued on the attached sheet.

DARREN
COMPTON
(Af

*Complainant's signature*

TFO DEA Darren Compton

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/20/2022

City and state: Fort Wayne, IN

s/Susan Collins

*Judge's signature*

Susan Collins, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT**

Comes now your Affiant, Darren Compton of the Drug Enforcement Administration (DEA), first being duly sworn, now deposes and says:

I am a task force officer (TFO) with the DEA. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I have been employed as a police officer for over 28 years. I have previously been a police officer for the Steuben County Sheriff's Department, the DeKalb County Sheriff's Department, and the Los Angeles, California, Police Department, and I am currently employed by the Allen County Police Department. For over 20 years during my law enforcement experience, I was assigned as a narcotics officer investigating drug-related criminal activity. For eight years I was assigned as a TFO with the FBI's Fort Wayne office, primarily assigned to work narcotics, bank robberies, and gang matters.

During my employment as a police officer, I have participated in investigations involving the manufacturing, trafficking, and distribution of illegal drugs. As a narcotics officer and a TFO, I have utilized and am familiar with the following investigative techniques: consensual and court-authorized electronic surveillance, to include the interception of wire communications and

the consensual recording of conversations; physical surveillance; covert camera surveillance; trash pulls; the development and operation of informants; the execution of search warrants on businesses, residences, and packages; consent searches; undercover agent operations; the utilization of Global Positioning System (GPS) monitoring of vehicles and cellular telephones; parcel package interdiction; motel drug interdiction; highway drug interdiction; and the debriefing of defendants, witnesses, informants, and others who have knowledge of the importation, transportation, sale, manufacturing, storage, and distribution of controlled substances and the laundering and concealment of drug proceeds.

Your Affiant has been personally involved in the investigation discussed in this affidavit. In addition to my personal knowledge, the statements contained in this affidavit are based in part on the following: information provided verbally and in written reports by other law enforcement personnel, information gathered during the utilization of various investigative techniques, records maintained by the National Crime Information Center (NCIC) and the Indiana Bureau of Motor Vehicles (BMV), my training and experience, and the training and experience of other law enforcement

In April 2021, the Indianapolis DEA office began an investigation involving Demetrius BOSTIC ("BOSTIC"). In May of 2021, the Fort Wayne DEA office joined the BOSTIC investigation to include the FBI, ATF, the Allen

County Sheriff's Department, and the Fort Wayne Police Department. In September 2021, the Hamilton Boone County Drug Task Force began assisting in the investigation.

On June 7, 2021, while conducting surveillance on BOSTIC, surveillance officers observed BOSTIC and two other subjects standing around the front of a Sprinter van looking under the hood and moving around the front bumper area. While conducting surveillance, Detective Hormann observed two males arrive at the location with both subjects carrying plastic grocery bags a few minutes before the Sprinter van left. Detective Hormann observed the Sprinter van and BOSTIC's black Dodge Ram pickup truck driving in tandem with the Sprinter van. The vehicles drove in tandem onto I-69 southbound then westbound on US 30 from I-69.

Officers conducted a traffic stop on the same Sprinter van on US 30 in Allen County, Indiana for speeding. During the traffic stop, a certified narcotics K-9 conducted an open-air canine sniff around the vehicle, alerting to the presence of narcotics. In conducting a follow-up search of the vehicle, the officers located $169,520.00 in US Currency. During the traffic stop, surveillance officers observed BOSTIC drive by the traffic stop multiple times, before leaving the area where he returned to a particular residence on Pine Meadows Drive, Fort Wayne, Indiana. The driver of the Sprinter van granted permission to the investigators to review his cellular phone contents. During

the search of the phone your Affiant observed multiple incoming calls from a contact name of "D Bo 1" to the driver's cellular phone before and during the traffic stop.

Through surveillance of BOSTIC's vehicles and cell phone, investigators were able to identify BOSTIC's primary Fort Wayne residence at a particular location on Riley Place. Throughout this long-term investigation, BOSTIC has been physically observed at this residence on an almost weekly basis, and BOSTIC's phone pings also indicated he was present on a regular basis. Through the Allen County Assessor's office, the residence is listed as being owned by an individual confirmed to be BOSTIC's girlfriend, who is also the same individual that is the listed subscriber for BOSTIC's cell phone.

Through this investigation, the residence on Pine Meadows Lane appeared to be a stash house for BOSTIC. After the traffic stop on June 7, 2021, where $169,520.00 was seized, surveillance officers observed BOSTIC drive back to residence located at Pine Meadows Lane, Fort Wayne. Surveillance continuously observed BOSTIC at the Pine Meadows residence. During surveillance officers also noticed that it appeared that BOSTIC has unrestricted access to the residence and often conducts counter surveillance measures either before or after leaving the residence.

Through you Affiant's training and experience it is common for drug dealers to retrieve narcotics from their stash house and then deliver the

narcotics to a subject at a location close by. Drug dealers do this to protect the location of the stash house, so they do not get robbed of their money or drugs.

On April 19, 2022, the DEA and other law enforcement agencies executed search warrants on six locations and two vehicles both in the Northern District of Indiana and the Southern District of Indiana involving members of the BOSTIC drug trafficking organization. At BOSTIC's residence, located at Riley Place, Fort Wayne, Indiana, investigators located BOSTIC at the residence by himself. During the search of his residence investigators located a loaded 40mm black Glock M23 Serial Number PBB553 and approximately 35 pounds of green leafy substance, which field tested positive for marijuana, along with narcotics/money packaging material and $17,000 in US Currency.

At the Pine Meadows Lane residence, also in Fort Wayne, Indiana investigators located a 9mm Glock 26 Serial Number PDX090 that was located in the kitchen, as well as a rectangular shaped item wrapped in duct tape containing a compressed block of white powder that field tested positive for cocaine with a package weight of 1509 grams. Through your Affiant's training and experience a kilogram or "brick" of cocaine is normally packaged in this manner. There was also an empty duct tape kilogram gram wrapper with similar packaging located in the residence. In the same room where the kilogram was located, officers located documents with BOSTIC's name on them along with a large amount of narcotic and money packaging material.

A search warrant was also executed at BOSTIC's residence located at a particular residence on Chapelwood Lane, Fishers Indiana. During that search warrant, investigators located more packaging materials and a Kel-Tech 12-gauge shotgun. BOSTIC's girlfriend, along with BOSTIC's son and daughter and girlfriend's daughter were also located at the residence.

Bostic is prohibited from possessing a firearm, having been previously convicted of felonies in Allen County, Indiana in 2001 and 2011, and in the Northern District of Indiana in 2004. Your Affiant is familiar with Glock firearms, and knows them to not be manufactured in the state of Indiana.

BOSTIC was interviewed at the Allen County Sheriff's Department and the interview was recorded. DEA Special Agent Howard Schneider and DEA TFO Darren Compton interviewed BOSTIC after he was given his Miranda Rights. BOSTIC admitted the marijuana in the basement at Riley Place was his and that he is an owner of a marijuana dispensary in Michigan. BOSTIC also stated that gun located inside Riley Place was not his and it belonged to his sister. BOSTIC initially denied being familiar or involved with the residence at Pine Meadows Lane, Fort Wayne, Indiana. Once the investigators presented several facts from their surveillance BOSTIC admitted that he is involved with the Pine Meadows Lane residence. BOSTIC admitted that in early April 2022 he purchased two kilograms of cocaine for $44,000.00 ($24,000 each) and the kilogram of cocaine located at the Pine Meadows residence is one

of those he had purchased. BOSTIC also admitted that he had been purchasing one to two kilograms of cocaine a month for the last year.

All law enforcement activities described in this affidavit, with the exception of the search warrant obtained in the Southern District of Indiana, occurred in Allen County, Indiana, in the Northern District of Indiana.

Your Affiant has not included each and every fact known or provided by members of the DEA or other law enforcement officers concerning the individual events described herein, and your Affiant has not provided all the information concerning the investigation. Your Affiant has provided only facts sufficient to establish probable cause that BOSTIC has committed the crimes alleged in this affidavit.

Based upon the above information, your Affiant has probable cause to believe that, from on or about June 7, 2021 and continuing to on or about April 19, 2022, in the Northern District of Indiana, BOSTIC knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, namely 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1); and on or about April 19, 2022, in the Northern District of Indiana, BOSTIC is knowingly possessed a firearm as a person previously convicted of a felony, in violation of 18 U.S.C. § 922(g).

The foregoing facts are true to the best of your Affiant's knowledge and belief, and further your Affiant sayeth naught.

DARREN COMPTON (Affiliate) Digitally signed by DARREN COMPTON (Affiliate) Date: 2022.04.20 14:28:20 -04'00'

Darren L. Compton
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn before me this 20th day of April, 2022.

s/Susan Collins

Susan Collins
U.S. Magistrate Judge
Northern District of Indiana