**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NUMBER: 1:22-CR-20** |
| | ) | |
| **DEMETRIUS R. BOSTIC** | ) | **JUDGE: HOLLY A. BRADY** |
| | ) | |
| **Defendant.** | ) | |

## Defendant's Motion to Waive Detention Hearing

Comes Now, the Defendant, Demetrius Bostic, and waives his right to a detention hearing. In support of this Motion Bostic would show the Court that on August 31, 2026, the Court set this matter for a Detention Hearing following the Defendant's arraignment on the Superseding Indictment filed in this case. (DE 89). The Detention Hearing was set for September 16, 2026 at 2:00 p.m. After consultation with the undersigned counsel, Mr. Bostic has determined that it is in his best interests to waive the Detention Hearing and proceed to go forward with the litigation of this cause. USAA Stacey Spieth has no objection to this continuance.

Respectfully submitted,

*/s/ Thomas N. O'Malley*

Thomas N. O'Malley

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

*/s/ Thomas N. O'Malley*
Thomas N. O'Malley