EXHIBIT C

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

The property and premises of
6619 Pine Meadows Lane, Fort Wayne, Indiana
(further described in attachment A)

Case No. 1:22MJ -62-SLC

(UNDER SEAL)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*: SEE ATTACHMENT A.

located in the Northern District of Indiana, there is now concealed *(identify the person or describe the property to be seized)*: SEE ATTACHMENT B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 856 | distributing and possessing with intent to distribute a controlled substance and using and maintaining a drug-involved premises |

The application is based on these facts:
See affidavit in support of search warrant.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: __________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
*Applicant's signature*

DEA TFO Darren L. Compton
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 04/15/2022

[signature]
*Judge's signature*

City and state: Fort Wayne, Indiana

Susan Collins, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

Your affiant makes this application for a search warrant of the premises located at 6619 Pine Meadows Lane, Fort Wayne, Indiana – A one-story, single family dwelling that is tan in color with brown trim and brick facade. The address numbers "6619" are attached to the front of the residence. The dwelling is commonly known as 6619 Pine Meadows Lane, in Fort Wayne, Allen County Indiana. Your affiant has personally observed the residence, and it is as described above, and so depicted below.



# ATTACHMENT B

Controlled substances to include cocaine, crack, methamphetamine, heroin, fentanyl, and marijuana, and any derivatives thereof; firearms, ammunition, magazines, weighing scales, and U.S. currency.

Any materials and/or equipment used, or intended to be used, for the counting, processing, weighing, or packaging of U.S. currency or controlled substances (including but not limited to any money counter, plastic wrap, plastic bags, tape, sacks, rubber bands, money wrappers, heat sealers, scales, new or used gloves, cutting or diluting agents for controlled substances, and so on).

Any papers related, or tending to be related, to the sale of controlled substances (including any papers, books, ledgers, notes, or other writing containing prices, figures, names, telephone numbers, weights and/or measures whether coded, abbreviated or in a straight forward manner, and including any such information in electronic form on a cellular telephone or any other electronic device, computer, hard drive, or storage media). Photographs or videos of conspirators, assets, firearms, or controlled substances.

Documents related to the purchase, sale, leasing or ownership of any real estate, and any utility bills, mail, or other evidence of home ownership or residency.

All cellular telephones, cellular telephone records, cellular telephone boxes and accessories such as chargers, directories of telephone numbers, and any information or communications on such cellular telephones involving drug trafficking, including information related to the identities and roles of the primary users of such telephones and telephones in contact with these telephones, to include any digital contact and directory information, photographs, videos, stored or deleted text messages or other communications, or any other information contained on cellular telephones, for later forensic examination which relates to drug trafficking or firearms trafficking.

Documents related to the purchase or sales or ownership of any motor vehicles (including but not limited to any title, registration papers, insurance papers, sales receipt, maintenance records, application for title, application for any loan to purchase a car, or sales agreements or contracts).

Bank records or similar financial records (including but not limited to bank statements, deposit tickets, cash out tickets, cash in tickets, transfer tickets, withdrawal ticket, safe deposit records or any safe deposit key, any certificate of deposit, any check or negotiable financial instrument, credit card

application, application for consideration of any credit or loan, any security instrument, securities statements, casino statements, casino receipts, ledger, book or note or other writing containing financial calculations, earnings or loss information, names and balances and/or weights/measures, any receipt for the purchase, transfer or acquisition of anything of value, any personal income tax return or business tax return, W-2, 1099, or pay check or pay check stub, paperwork pertaining to life insurance, insurance for any asset).

Documents related to the mailing of packages to include receipts of shipments, receipt of delivery from all and any postal and delivery carriers. This is to include previously used packages and packing materials that were used in the concealment of methamphetamine.

It is common in your affiant's training and experience for persons dealing in drugs to use telephone communication and/or computers/tablets to conduct and coordinate illegal drug transactions. In general, cellular telephones contain a directory, a list of recent contacts, photographs or videos, saved text messages, or other information, which may provide evidence of BOSTIC'S and/or WATSON'S drug transactions. Telephone directories, media devices, thumb drives, hard drives, computers, etc., can be important in identifying individuals associated with these crimes. With telephone conversations, it is important to identify speakers on various telephones, especially considering

the fact that subscriber information is not always accurate or even present. Because of this need to identify the primary users of telephones, it is necessary to search for and seize cellular telephones because the telephone number and other stored information will at least identify the telephone number and might further contain information identifying the primary user. It is also necessary to search for and seize cellular telephone records, cellular telephone boxes, computer equipment, portable media devices, hard drives, thumb drives, surveillance equipment and hard drives or other storage media, and other equipment and accessories, which often assist with identifying drug associates and their communication devices. Your affiant expects that cellular telephones and other media storage devices and hard drives will be analyzed by a qualified technician with proper equipment and software subsequently to the seizure.

# AFFIDAVIT

Comes now your Affiant, Darren Compton of the Drug Enforcement Administration (DEA), first being duly sworn, now deposes and says:

I am a task force officer (TFO) with the DEA. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I have been employed as a police officer for over 28 years. I have previously been a police officer for the Steuben County Sheriff's Department, the DeKalb County Sheriff's Department, and the Los Angeles, California, Police Department, and I am currently employed by the Allen County Police Department. For over 20 years during my law enforcement experience, I was assigned as a narcotics officer investigating drug-related criminal activity. For eight years I was assigned as a TFO with the FBI's Fort Wayne office, primarily assigned to work narcotics, bank robberies, and gang matters.

During my employment as a police officer, I have participated in investigations involving the manufacturing, trafficking, and distribution of illegal drugs. As a narcotics officer and a TFO, I have utilized and am familiar with the following investigative techniques: consensual and court-authorized electronic surveillance, to include the interception of wire communications and the consensual recording of conversations; physical surveillance; covert camera surveillance; trash pulls; the development and operation of informants; the execution of search warrants on

businesses, residences, and packages; consent searches; undercover agent operations; the utilization of Global Positioning System (GPS) monitoring of vehicles and cellular telephones; parcel package interdiction; motel drug interdiction; highway drug interdiction; and the debriefing of defendants, witnesses, informants, and others who have knowledge of the importation, transportation, sale, manufacturing, storage, and distribution of controlled substances and the laundering and concealment of drug proceeds.

Your Affiant has been personally involved in the investigation discussed in this affidavit. In addition to my personal knowledge, the statements contained in this affidavit are based in part on the following: information provided verbally and in written reports by other law enforcement personnel, information gathered during the utilization of various investigative techniques, records maintained by the National Crime Information Center (NCIC) and the Indiana Bureau of Motor Vehicles (BMV), my training and experience, and the training and experience of other law enforcement officers.

Since this affidavit is being submitted for the limited purpose of establishing probable cause, your Affiant has not included details of every aspect of the investigation. Facts not set forth in this affidavit are not being relied upon regarding the conclusion of probable cause. Nor does your Affiant request that this Court rely on any facts not set forth in this affidavit.

The purpose of this affidavit is to request a search warrant for the following location: the premises of:

**LOCATION:**

2. 6619 Pine Meadows Lane, Fort Wayne, Indiana – A one-story, single family dwelling that is tan in color with brown trim and brick facade. The address numbers "6619" are attached to the front of the residence. The dwelling is commonly known as 6619 Pine Meadows Lane, in Fort Wayne, Allen County Indiana. Your Affiant has personally observed the residence, and it is described in Attachment A, which is incorporated herein by reference, and so depicted in Attachment A.

Based upon the information below, your Affiant has probable cause to believe that these locations contain evidence of drug trafficking in violation of 21 U.S.C. §§ 841(a)(1) (distributing and possessing with intent to distribute a controlled substance) and 856 (using and maintaining a drug-involved premises). For the reasons set forth in this affidavit, there is probable cause to believe that these offenses have been committed, are being committed, and will continue to be committed by Demetrius BOSTIC, Jerry WATSON, and others.

**PROBABLE CAUSE**

The United States, including the DEA and the FBI, is conducting a criminal investigation of BOSTIC and others regarding possible violations of 21 U.S.C. § 841(a)(1), among other possible violations. DEA is currently investigating a large drug trafficking and money laundering organization being led by Indiana resident Demetrius BOSTIC.

In 2016 the FBI Fort Wane Safe Streets Gang Task Force (FWSSGTF) began an investigation into the activities of the "Mafia" street gang in the Fort Wayne, Indiana area. The Mafia was involved in the trafficking of cocaine, heroin, fentanyl, marijuana, and methamphetamine. Additionally, the Mafia was known for completing several acts of violence, including numerous homicides, in the city of Fort Wayne. The investigation identified Demetrius BOSTIC as a known drug supplier for the Mafia street gang. Additionally, in February 2021 the FBI learned BOSTIC was a current target of a DEA investigation involving the distribution of large amounts of narcotics and money laundering activity along the southern U.S. border. The Fort Wayne offices of the FBI and DEA have been jointly investigating the activities of BOSTIC since March 2021.

In February 2021, an FBI source of information (SOI) provided 260-557-9243 as a phone number for BOSTIC. Per the SOI, the 260-557-9243 phone number was more of a personal phone for BOSTIC, who also carried other phones specifically for criminal activities. From my training and experience, I know that drug traffickers oftentimes compartmentalize their phones to separate out various uses (a personal/family phone, a phone for customers only, or sources only, etc.).

On March 17, 2021, a DEA Undercover Officer met with Demetrius BOSTIC in Indianapolis, Indiana and received a black backpack containing approximately $136,000 in U.S. Currency. During the meet the Undercover Officer observed BOSTIC to be in possession of 4 different cell phones.

On April 6, 2021, at approximately 12:53 p.m., DEA SA Erik Collins ("SA Collins) observed an unknown black male (UBM) back into the driveway of 6142 Dado Drive in a white Buick Lacrosse bearing Indiana license plate 773RNF (registered owner is Annette Redfield at 1009 Hamilton Ave., Fort Wayne, IN). Later investigation revealed the Dado Drive residence to be one of Bostic's residences. At approximately 12:59 p.m., SA Collins observed the UBM obtain something from the rear floorboard and exit carrying something that was concealed under a black shirt into the open garage door. Approximately 10 seconds later, the UBM exited the open garage empty handed, entered the white Buick Lacrosse, and moved it to park on the street.

At approximately 1:03 p.m., SA Collins observed the UBM, while on the phone, open the garage door and retrieve a black bag from the white GMC Yukon bearing Indiana license plate BU7659 (registered to Andrene Nicole Sinclair at 110 Riley Place, Fort Wayne, IN) that was backed into the driveway and is typically parked at the residence. At approximately 2:10 p.m., SA Collins observed a dark grey Chrysler Pacifica with Florida license plate JBLN51 arrive to 6142 Dado Drive being driven by Juan Carlos PICOS-OCHOA. PICOS-OCHOA walked into the open garage door empty handed. PICOS-OCHOA was previously identified during this investigation as an associate of BOSTIC. At approximately 2:15 p.m., SA Collins observed PICOS-OCHOA exit the open garage and place a brown duffel bag in the rear hatch of the Chrysler Pacifica, possibly hiding it in the spare tire area. PICOS-OCHOA then entered the driver's seat and departed the area.

At approximately 3:07 p.m., DEA TFO Andy Bonham (TFO Bonham) observed PICOS-OCHOA arrive and park in the alley behind 30 East Georgia Street, Indianapolis, IN. At approximately 3:16 p.m., a DEA Confidential Source (CS-1) notified SA Collins that the target was ready in Indianapolis and requested a meeting time at "30 Georgia Street". At approximately 3:17 p.m., TFO Bonham observed PICOS-OCHOA exit the Chrysler Pacifica with a black backpack and grab the brown duffel bag from the rear hatch area and walk west in the alley. Surveillance believes PICOS-OCHOA entered a rear door of 30 East Georgia with a key card.

At approximately 4:50 p.m., SA Collins and TFO Mat Carver met with CS-14-146278 (hereinafter referred to as CS-2) in a pre-determined location. CS-2 and CS-2's vehicle was searched for any contraband and U.S. Currency with negative results. CS-2 was equipped with an audio/video recording device and departed the area for the meet spot of 30 East Georgia Street. At approximately 5:09 p.m., CS-1 notified SA Collins that the target (PICOS-OCHOA) was on his way by foot with $125,000. At approximately 5:18 p.m., TFO Bonham observed PICOS-OCHOA come from the rear area of 30 East Georgia Street with a neon yellow/green, Nike drawstring bag and place it in the rear hatch of the Chrysler Pacifica. PICOS-OCHOA then walked empty handed toward the area where CS-2 was parked.

At approximately 5:20 p.m., TFO Carver observed PICOS-OCHOA get into the passenger seat of CS-2's car and the car go mobile soon after. At approximately 5:25 p.m., TFO Bonham observed PICOS-OCHOA get out of the passenger seat of CS-2's car, walk to the back hatch of the Chrysler Pacifica and obtain a black bag. PICOS-

OCHOA went back to CS-2's passenger door where he took a neon yellow/green Nike drawstring bag, containing the U.S. Currency, out of the black bag and put it in the passenger seat area. At this time, CS-2 departed the area and drove to the pre-determined location followed by SA Collins and TFO Carver. At approximately 5:27 p.m., TFO Bonham observed PICOS-OCHOA place the empty black bag into the rear hatch of the Chrysler Pacifica and walk to the rear of 30 East Georgia Street.

At approximately 5:30 p.m., SA Collins and TFO Carver took possession of the neon yellow/green, Nike drawstring bag containing loose, rubber banded U.S. Currency and transported it to the Indiana District Office. The U.S. currency was photographed and secured by SA Collins and TFO Carver. On April 7, 2021, SA Collins and TFO Carver retrieved the U.S. Currency from the safe and transported the U.S. Currency to Bank of America located at 301 East Market Street, Indianapolis, IN where an official count was conducted and determined to be $124,250.00.

On April 15, 2021, SA Collins identified BOSTIC driving a black Dodge Ram truck with Indiana license plate as TK513NOC. During surveillance, BOSTIC met with PICOS-OCHOA in Indianapolis. Surveillance officers observed BOSTIC drove in tandem with a gold Mercedes Indiana license plate 901DWB all day. BOSTIC, driving the black Dodge Ram truck, and the gold Mercedes drove northbound on I69, and surveillance was terminated in Anderson, Indiana around 2:45 p.m. While conducting surveillance in Fort Wayne later that afternoon around 4:30 p.m., DEA SA Howard Schneider observed the Mercedes, license plate 901DWB, parked at 110

Riley Place, Fort Wayne, Indiana along with a black Dodge Ram Pickup Truck backed into the driveway. Surveillance officers located the gold Mercedes at the Lewis Street Grill. Through your Affiant's training and experience, it is common for drug dealers to have a second vehicle follow them to provide security for their drugs and/or money from rival drug dealers or from law enforcement. If law enforcement attempts to stop the vehicle carrying the drugs or money the other vehicle will create a distraction or break the law so the police officer's attention is drawn to the second vehicle so they will be stopped and the first vehicle, carrying the drugs or money, can continue on their route without being stopped.

On April 29, 2021, DEA Indianapolis was conducting surveillance of BOSTIC in anticipation of a $150,000 money pickup organized by the same organization. On this date, surveillance observed BOSTIC depart 6142 Dado in the black Dodge Ram truck and drive to the Hilton Garden Inn in downtown Indianapolis. Surveillance observed BOSTIC meet with PICOS-OCHOA outside the hotel and was carrying a black duffel bag. Both BOSTIC and PICOS-OCHOA entered the hotel. Approximately two hours later, surveillance observed BOSTIC exit the hotel only carrying a small maroon bag, return to the black Dodge Ram truck and depart downtown Indianapolis. Approximately 15 minutes later, PICOS-OCHOA exited the hotel with a black backpack, went to CS-2's car and handed over approximately $180,000 in U.S. Currency.

On May 4, 2021, a GPS tracker warrant was issued by the Northern District of Indiana for the 2019 black Dodge Ram truck with Indiana license plate TK513NOC that BOSTIC has been driving.

On May 5, 2021, the DEA and the Allen County Drug Task Force conducted surveillance on BOSTIC. At approximately 10:51 a.m., Lt. Jeff Smallwood observed a white Camaro with Indiana license plate 112RHC pull out of the garage at 110 Riley Place, Fort Wayne, Indiana and leave eastbound. At approximately 11:30 a.m., Sgt. Holly Coonrod observed the white Camaro drive to the Planet Fitness parking lot at 1916 West Dupont Road, Fort Wayne, Indiana. At 11:44 a.m., Det. Tim Moord observed a male exit the driver's seat of the white Camaro and get a bag out of the trunk of the white Camaro, surveillance officers identified the driver as Demetrius BOSTIC. At 11:45 a.m., Confidential Source #3 (CS-3) met with BOSTIC and entered into the white Camaro where CS-3 was given a bag of U.S. Currency then both BOSTIC and CS-3 left the area. DEA personal followed CS-3 to a pre-determined location where CS-3 turned the bag over to DEA personnel. The bag that was given to CS-3 by BOSTIC contained $148,500 of U.S. Currency. After the Money Drop, surveillance officers followed BOSTIC drive directly to 6619 Pine Meadows, Fort Wayne, Allen County, Indiana.

On May 25, 2021, surveillance officers observed BOSTIC driving a white Jeep Compass with Florida license plate DFZM92, VIN: 3C4NJCCB2LT152693 registered to EAN HOLDINGS, LLC 14002 E 21ST ST STE 1500, Tulsa, OK and meeting with a subject at the Lewis Street Grill where a male black placed an oversized duffle bag

into the rear hatch of the Jeep Compass. Surveillance officers then followed BOSTIC driving the Jeep Compass to 2510 Silver Wolf Trail Fort Wayne, Indiana. Through other narcotic investigations it is known that Thomas King, who is a known drug dealer, lives at that residence. Surveillance officers observed BOSTIC carry a plastic grocery bag into the residence.

On June 7, 2021, while conducting surveillance on Demetrius BOSTIC surveillance officers followed BOSTIC to 5733 Millbridge Court, Fort Wayne, Indiana. Det. Heine observed a white Mercedes Sprinter van parked in the area of 5733 Millbridge Court with BOSTIC and two other subjects standing around the front of the Sprinter van looking under the hood and moving around the front bumper area. While conducting surveillance, Det. Hormann observed two males arrived at 5733 Millbridge Court with both subjects carrying plastic grocery bags a few minutes before the Sprinter van left. Detectives Hormann observed the Sprinter van and BOSTIC's black Dodge Ram pickup truck driving in tandem with the Sprinter van. The vehicles drove in tandem onto I69 southbound then westbound on US 30 from I-69.

During surveillance, Detective Dan Radecki and Officer William Roberson conducted a traffic stop on a 2012 white Mercedes Sprinter van with Indiana license plate TK799NZN on US 30 East of Butt Road in Allen County, Indiana for speeding. During the traffic stop, Det. Radecki and his certified narcotics K-9 Brix conducted an open-air canine sniff around the vehicle. During the open-air sniff, K-9 Brix alerted to the rear of the vehicle. Inside the rear of the vehicle Det. Radecki located a

backpack that smelled like marijuana and contained a large amount of U.S. currency. Once at the Allen County Police Department evidence room K-9 Brix gave a positive alert for the odor of narcotics on the backpack containing $169,520.00 in U.S. currency.

Det. Radecki and his K-9 Brix were narcotics certified by the International Police Work Dog Association on March 11, 2021 and their narcotics certification is valid for 2 years.

During the traffic stop, surveillance officers observed BOSTIC drive by the traffic stop multiple times, surveillance officers observed BOSTIC leave the area where they followed BOSTIC to 6619 Pine Meadows Drive, Fort Wayne, Indiana.

FBI Special Agent Tyler Ludwig and your Affiant interviewed the driver of the white Sprinter van, Jerry Watson (WATSON), at the Allen County Police Department. WATSON waived his Miranda Rights and consented to an interview. During the interview, WATSON stated that he is an employee of LT Transport and he was driving the vehicle to Chicago to make a delivery. WATSON stated he met his boss at the Walgreen's near Bishop Dwenger High School and picked up the van to drive it to Chicago. WATSON stated he did not know what was in the cab of the vehicle and did not know what was in the back of the vehicle. WATSON was going to deliver the packages to the address in his phone, which WATSON provided the GPS information from his phone and it turned out to be a parking lot at O'Hare Airport in Chicago, Illinois. During the surveillance of the vehicle it did not stop at any parking

lots after leaving 5733 Millbridge Court and WATSON was observed at 5733 Millbridge Court prior to the Sprinter van leaving.

WATSON granted permission to the investigators to review his cellular phone which WATSON identified the phone number as 260-267-4137. During the search of the phone Det. Compton observed cellular number 260-206-2348 which had a contact name of "D Bo 1" have multiple phone calls to WATSON's cellular phone before and during the traffic stop.

Investigators had received precision GPS location data from the BOSTIC's cellular phone 260-557-9243 from March 25, 2021 until July 23, 2021. The GPS location data matches the observed travel patterns of Demetrius BOSTIC. Specifically, the travel pattern of the BOSTIC's Cell Phone 260-557-9243 matches the physical observations of BOSTIC in Fort Wayne, Indiana on May 5, 2021; May 25, 2021; and June 7, 2021 as mentioned above. On all of these occasions BOSTIC engaged in what appeared to be drug trafficking related activity in your affiants training and experience. On a separate instance, on June 19, 2021, the BOSTIC's Cell phone 260-557-9243 traveled from the vicinity of BOSTIC'S known residence located at 6142 Dado Drive, Noblesville, IN to a hotel located at the O'Hare airport in Chicago, Illinois. The location of the hotel was the same area investigators found directions for in the telephone of Jerry WATSON when the white Sprinter van was interdicted with $169,520.00 on June 7, 2021 as mentioned above. BOSTIC's Cell phone 260-557-9243 stayed overnight at the hotel on June 19, 2021 and returned to Noblesville, Indiana on June 20, 2021. It should be mentioned, according to the

precision location data of BOSTIC's cell phone (260-557-9243), it traveled from Chicago, Illinois to Noblesville, Indiana in a suspicious manner of travel. BOSTIC cell phone departed Chicago, Illinois and traveled north into Michigan, east to Toledo, Ohio, and south through Ohio to the southeast side of Fort Wayne, Indiana. From Fort Wayne, Indiana, BOSTIC traveled to his known residence in Noblesville, Indiana. This route of travel would have added hours to BOSTIC's travel. It appears BOSTIC attempted to avoid eastbound U.S. 30 from Chicago and southbound I-69 from Michigan, which would have all been more direct and explainable routes of travel. In your affiants training and experience, drug traffickers and money launderers often take indirect routes of travel when transporting illicit items to avoid potential law enforcement detection, especially if they perceive the route to be highly patrolled by law enforcement. In this instance, BOSTIC likely perceived eastbound U.S. 30 and southbound I-69 to be highly monitored due to the interdiction of the white sprinter van on June 7, 2021.

During surveillance on the Lewis Street Grill, which is owned by BOSTIC, after the June 7, 2021 traffic stop on WATSON, officers have observed WATSON'S gray Ford Taurus parked in front of the residence multiple times in July 2021 which indicates he is still operating within the BOSTIC Drug Trafficking Organization (DTO). Through your Affiant's training and experience, it is normal for the drug trafficking organization to continue to operate their drug business after a money seizure to recoup the money that was seized by law enforcement.

In August of 2021, BOSTIC was conducting counter-surveillance and became suspicious of several of the undercover police vehicles conducting surveillance on him. BOSTIC turned off, "dropped", his cellular phone 260-557-9243 from August 2, 2021 until August 21, 2021. Cellular phone 260-557-9243 was then only used a few times after that. Through your Affiant's training and experience, it is common for drug dealers to stop using a cellular phone when they believe it is compromised.

In September 2021, officers were unable to locate BOSTIC and had not observed BOSTIC during surveillance on his home, his business, or other know locations where BOSTIC visits.

On October 12, 2021, your Affiant interviewed Allen County Police Department Confidential informant (CI) #783 regarding drug activity at the Lewis Street Grill. CI #783 is an informant with prior convictions for drug dealing that has provided credible information to Law Enforcement in the past which has led to arrests and is not in a position to testify due to their safety concerns. CI #783 stated the police seized a large amount of money from BOSTIC belonging to the Mexican Cartel. CI #783 stated Jerry WATSON is only a runner for BOSTIC Drug Trafficking Organization. BOSTIC is involving in moving large amounts of narcotics through the Lewis Street Grill. BOSTIC also hides the drugs and money in suitcases at his house and with family members in the Fort Wayne area.

During the period of the phone ping (from September 22, 2021 to October 22, 2021), through both physical and electronic surveillance WATSON traveled to Lewis Street Grill on a regularly basis. On October 15, 2021, WATSON's cellphone ping

indicated that WATSON's phone left the area of WATSON'S residence and traveled to Detroit, Michigan. On October 17, 2021, the WATSON's cellphone ping indicated the phone was returning to the Fort Wayne, Indiana area. Surveillance units intercepted WATSON's silver Ford Taurus westbound on US 24 in the area of SR 49 in Ohio. During surveillance of WATSON's vehicle, WATSON's cellphone GPS locations indicated it was with WATSON. During surveillance, around the Woodburn exit on US 24, FBI TFO Mike Long noticed a white SUV with Indiana license plate DMFTLK, which returns to Cihedda Alexander with the address of 4124 Moorfield Lane, Fort Wayne, Indiana (WATSON's address) was in tandem with WATSON's Ford Taurus.

Surveillance units followed WATSON to his residence at 4124 Moorfield Land, Fort Wayne, Indiana and noticed the white SUV that was in tandem with WATSON's Ford Taurus was parked in the garage with the hatch up. Surveillance units observed the silver Ford Taurus parked in the driveway of WATSON's residence with the driver's side door open. FWPD Det. Greenlee observed WATSON walk to the Ford Taurus and removed a large blue duffle bag and carry into 4124 Moorfield Lane.

On October 19, 2021, the DEA and the Allen County Drug Task Force was conducting surveillance on the Lewis Street Grill at 425 East Lewis Street, Fort Wayne, Indiana. During surveillance detectives observed a new black GMC Yukon with Illinois license plate FP150543 parked on the east side of the building. The black GMC Yukon license plate FP150543 returned to EA Holding which is Enterprise Rental car, who BOSTIC is known to rent vehicles from during this on-going

investigation. During surveillance, Det. Bryan Heine positively identified Demetrius BOSTIC as the driver of the Yukon with Illinois license plate FP150543. During surveillance, BOSTIC drove to several residences in southeast Fort Wayne. At each location BOSTIC would use counter-surveillance measures before going to the residences. Some of the counter-surveillance measure BOSTIC used was that he would circle several blocks before going to his intended location and when he would leave that residence he would take routes of travel in the opposite direction of where he ended up going. BOSTIC would also turn onto side streets and slow down or stop to see who would follow him down those streets.

Through your Affiant's training and experience, it is common for people involved in high level criminal activity to employ counter-surveillance measure because they are concerned about law enforcement or other criminals following them. By employing counter-surveillance techniques the criminals are attempting to avoid anyone, law enforcement or other criminals, identifying their stash houses, storage units, drug customers, drug assets, and other drug co-conspirers.

On November 3, 2021, through a DEA subpoena to ENTERPRISE Rental Car information provide by ENTERPRISE Rental Car also showed that BOSTIC's account as active and BOSTIC has provided 260-602-2808 as his contact number.

On November 17, 2021, Judge Collins of the Northern District of Indiana issued a phone ping warrant on 260-267-4137, WATSON's cellular phone 1:21MJ112.

On November 29, 2021, Judge Collins of the Northern District of Indiana issued a phone ping warrant on 260-602-2808, BOSTIC's cellular phone, 1:21MJ118.

On December 2, 2021, BOSTIC'S phone pings indicated his phone was northbound on I69 from Fort Wayne. When BOSTIC phone was at I69 and I94 in Michigan the phone pings indicated BOSTIC phone was turned off.

On December 3, 2021 WATSON's phone pings indicated it was eastbound on US 24 towards Ohio. The phone pings indicated WATSON's phone arrived in Detroit for several hours then began indicating it was back westbound leaving Detroit. Within a few minutes of WATSON's pings leaving Detroit we received a ping on BOSTIC'S phone indicating it was on the south side of Detroit near WATSON'S phone ping. Surveillance units setup along US 24 east of I469 and located BOSTIC'S rental vehicle, a new black GMC Yukon with Illinois license plate FP150543, following a dark blue Chevrolet Silverado. Your Affiant observed both vehicles driving on US 24 then get onto I469 southbound. These observations coincided with WATSON's phone ping locations. The vehicle remained in tandem on I469 and then they both exited onto Tillman Road and drove to Crown Colony which is the addition WATSON lives in. Your Affiant observed the black Yukon with Illinois license plate FP150543 parked in the cul-de-sac at Selkirk Drive off Chadwick Drive and WATSON'S truck parked along the roadway near BOSTIC'S vehicle. An unknown male black was standing at the door to WATSON's truck and it appeared that the tailgate was down. Surveillance vehicles were in motion so they weren't able to see any transaction and both vehicles left shortly after your Affiant observed them parked. The phone pings indicated that BOSTIC'S phone was turned back on once it was back in Fort Wayne. Both WATSON's vehicle and BOSTIC's vehicle went to the Lewis Street Grill located

at 425 East Lewis Street, Fort Wayne, Indiana where both vehicles were observed parked on the east side of the building with several subject standing around WATSON's truck.

On December 13, 2021, the DEA and the Allen County Drug Task Force (ACDTF) were conducting surveillance on WATSON while he was driving his black Silverado with Indiana license plate ADA495. It should be noted that surveillance officers were also monitoring BOSTIC's phone that day and the phone pings indicated BOSTIC turn the phone off at 2:48p.m. During this investigation BOSTIC has turned off his phone when what the investigators believe he is committing illegal activity such as the trip from Detroit, Michigan on December 2nd and 3rd, 2021. Through your Affiant's training and experience, it would be a counter-surveillance tactic to turn off electronic devices to prevent tracking of the device in hopes to conceal criminal activity.

At approximately 4:34 p.m., Cpl. Sean Kelly with the ACDTF observed WATSON arrive at 4505 Atwood Drive, Fort Wayne, Indiana. BOSTIC's rental vehicle, the black GMC Yukon with Illinois plate FP150543, was parked across the street from 4505 Atwood Drive. At approximately 5:41 p.m., your Affiant observed a white van with Indiana license plate TBY417 parked in front of 4505 Atwood Drive with its headlights on with three subjects standing in the roadway by WATSON's Silverado. At approximately 5:42 p.m., all three vehicles leave Atwood Drive heading south from the residence. Your Affiant observed WATSON's Silverado followed by BOSTIC's GMC Yukon which was followed by the white van with Indiana plate

TBY417. Surveillance officers followed the three vehicles traveling together all in a row from 4505 Atwood Drive Fort Wayne, Indiana to the Walmart Supercenter located at 2321 Charles Street, Anderson, Indiana

At approximately 7:10 p.m., WATSON's Silverado, BOSTIC's GMC Yukon, and the white van entered into the Walmart Supercenter parking lot. At approximately 7:13 p.m., surveillance officers located the three vehicles parked together in the middle of the parking lot. Three male subjects were standing outside by the vehicles. At approximately 7:14 p.m., surveillance officers observed WATSON's Silverado leaving the Walmart parking lot and BOSTIC and the unknown male driver of the white van entered into Walmart to shop. At approximately 7:32 p.m., the phone pings indicated BOSTIC turned the phone back on. WATSON's phone pings indicated he drove from Anderson, Indiana back to his residence on Moorfield Lane.

After exiting Walmart BOSTIC and the unknown male driver of the white van drove to Buffalo Wild Wings in Anderson and ate dinner then left southbound on I69 towards Indianapolis.

Through your Affiant's training and experience it is common for drug traffickers to have multiple vehicles follow each other when conducting criminal activity such as conducting a money drop or delivering narcotics. The BOSTIC Drug Trafficking Organization has used this technique on several occasions including June 7, 2021 when over $169,000 in US Currency was interdicted on US 30 and also on December 3, 2021 when BOSTIC followed WATSON back from Detroit, Michigan. This behavior also occurred on October 17, 2021, when WATSON returned from

Detroit and was followed by a female driving, who lives with WATSON, a white SUV and they both went to WATSON's residence where WATSON carried a duffle bag into his residence. This technique is used to protect the "load", of either money or drugs, from being robbed by other criminals or to help as a lookout for police officer in hopes they can prevent the load car from being stopped.

On January 5, 2022, at approximately 8:31 a.m., the GPS tracking device on WATSON'S Silverado indicated that it was traveling out of Fort Wayne towards Detroit, Michigan. At approximately 4:30 p.m., investigators from the ACDTF, FWPD, FBI, and the DEA conducted surveillance on WATSON'S Silverado who was being followed BOSTIC's rental vehicle, the black GMC Yukon with Illinois plate FP150543. Investigators identified WATSON as driving the dark blue Silverado and BOSTIC as driving the black GMC Yukon. An unknown female was in the passenger's seat of BOSTIC'S vehicle. When WATSON'S Silverado and the black GMC Yukon arrived back into the Fort Wayne area they were still in tandem. Both vehicles drove westbound on I-469 to SR 37 (Maysville Rd) where they exited I-469. The vehicles went southbound on Maysville Road where they turned westbound on Stellhorn Road. Both vehicles took Stellhorn Road to Lahmeyer Road where they went southbound to East State Blvd. Both vehicles then went westbound on East State Blvd to Village of Buckingham Addition. Once in the Village of Buckingham addition they went to 2510 Silver Wolfe Trail, Fort Wayne, Indiana. It should be noted that Maysville Road intersects with East State Blvd just east of Lahmeyer Road, which means to get to the Village of Buckingham Addition they would have only had to continue

southbound on Maysville Road until it intersects with East State Blvd. Through your Affiant's training and experience, by using the Stellhorn Road route of travel it appears that both vehicles were conducting a counter-surveillance movement to avoid being followed.

Through this investigation, investigators know that 2510 Silver Wolfe Trail, Fort Wayne, belongs to Thomas King, who is a suspected kilogram narcotics dealer through an FBI investigation, and Raquel Ervin.

When both vehicles arrived at 2510 Silver Wolfe Trail an unknown black female exited the passenger's seat of BOSTIC's GMC Yukon carrying a bag. The female entered into 2510 Silver Wolfe Trail and both vehicles left still in tandem. After leaving Silver Wolfe Trail both vehicles drove to the alley way behind 1007 Madison Avenue, Fort Wayne, Indiana, where they stopped for a few minutes. While in the alley way BOSTIC'S black GMC Yukon pulled beside the WATSON'S Silverado while WATSON exited the Silverado and was getting something out of the bed of the Silverado. After getting the item out of the bed of the vehicle it appeared that WATSON place the item in the back seat of the Silverado. After placing the item in the backseat both BOSTIC and WATSON drove to the Lewis Street Grill located at 425 East Lewis Street, Fort Wayne, Indiana. Once at the Lewis Street Grill, WATSON, BOSTIC, and other males from inside the restaurant unloaded items out of the Silverado and the GMC Yukon carrying them into the Lewis Street Grill.

On January 5, 2022, Judge Collins of the Northern District of Indiana renewed the phone ping warrant on 260-267-4137, Jerry WATSON's cellular phone, 1:22MJ1.

On January 5, 2022, Judge Collins of the Northern District of Indiana renewed the phone ping warrant on 260-602-2808, BOSTIC's cellular phone, 1:22MJ2.

On January 12th and 13th, 2022, the DEA, Allen County Drug Task Force, and the Fort Wayne Police Department conducted surveillance on BOSTIC while he was driving the black GMC Yukon. It should be noted that on January 13, 2022, from 11:26 a.m. to 11:42 a.m., BOSTIC'S phone pings indicated he turned his phone off while the was in the area of St. Joe Center Road and Maplecrest. This is the area of 6619 Pine Meadows Lane, Fort Wayne, Indiana. 6619 Pine Meadows Lane is the location where surveillance officers followed BOSTIC too after the traffic stop on June 7, 2021 where investigators seized $169,520.00 from WATSON. At approximately 3:34 p.m., surveillance officers observed BOSTIC park the GMC Yukon in the driveway of 6619 Pine Meadows Lane and enter into the residence. When BOSTIC arrived at 6619 Pine Meadows Lane the garage door went up. At 3:36 p.m., when BOSTIC exited the garage he got into the GMC Yukon and the garage door went down. After leaving the residence on Pine Meadows Lane, BOSTIC drove to the parking lot of the Kroger Grocery Store at 6002 St. Joe Center Road where he parked for 2 minutes, without getting out of the vehicle, then exited the parking lot and drove westbound on St. Joe Center Road. Through your Affiant's training and experience, BOSTIC parking in the Kroger lot was a counter-surveillance technique to see if anyone followed him from Pine Meadows Lane. These types of counter-surveillance movements are generally used when someone is "dirty", committing a crime or conducting illegal activity.

On January 19, 2022, Judge Collins of the Northern District of Indiana issued a GPS tracking warrant on BOSTIC's rental vehicle 2021 GMC Yukon, VIN: 1GKS2BKDXMR366875, 1:22MJ-7.

On January 19, 2022, Judge Collins of the Northern District of Indiana renewed the GPS tracking warrant on Jerry WATSON's a dark blue 2008 Chevrolet Silverado Pickup, VIN: 2GCEK13M281122315, 1:22MJ-8.

On January 20, 2022, surveillance units observed BOSTIC return the GMC Yukon to Enterprise Rent-A-Car at 5006 Lima Road, Fort Wayne, Indiana so the GPS tracker was not deployed on the 2021 GMC Yukon, VIN: 1GKS2BKDXMR366875, 1:22MJ-7.

On January 25, 2022, at approximately 10 a.m., your Affiant observed the BOSTIC's black Dodge Ram parked in the driveway of 110 Riley Place, Fort Wayne, Indiana. At approximately 5:14 p.m., Det. Greenlee observed WATSON's Silverado meet with BOSTIC, who was driving the black 2019 Dodge Ram pickup truck with Indiana plate TK513NOC at the Marathon Gas Station at 7201 Maplecrest Road, Fort Wayne, Indiana. Greenlee observed WATSON get into BOSTIC's Dodge Ram for 2 minutes then WATSON returned to his vehicle. BOSTIC, driving the black Dodge Ram, and WATSON driving the Silverado left the gas station in tandem and drove to Anderson, Indiana and parked at the Gordon Food Service Store, 2110 E 53rd Street, Anderson, IN. When BOSTIC and WATSON arrived at the Gordon store, Det. Greenlee observed WATSON get a blue duffle bag out of his Silverado and put a blue duffle bag into BOSTIC's Dodge Ram. WATSON'S and BOSTIC'S vehicle split up

when they exited the Gordon Food Service parking Lot. WATSON's phone pings indicated that he immediately returned to Fort Wayne. Surveillance officers followed BOSTIC to a Marathon Gas Station at 1629 Raible Ave, Anderson, IN where BOSTIC met with several subjects inside the gas station. One of the subjects that BOSTIC was talking with, walked over to the BOSTIC's Dodge Ram and entered into BOSTIC's Dodge Ram and removed the blue duffle bag and placed it into a 2016 Buick with Indiana license plate TFU271 and drove a residence a few blocks away to 2500 block of 11th Street, Anderson, Indiana. A few minutes later the 2016 Buick returned to the Marathon Gas Station parking lot where BOSTIC was still parked. The registered owner of the vehicle was Annette Redfield of 1009 Hamilton Avenue, Fort Wayne, Indiana. A vehicle registered to Annette Redfield was also involved in the money drop on March 17, 2021 in Indianapolis.

January 26, 2022, at approximately 12:14 p.m., Carmel Police Department Detective Darin Troyer observed the overhead attached garage door open at 12013 Chapelwood Lane, Fisher, Hamilton County, Indiana, and Demetrius BOSTIC exited the residence via the open garage door. BOSTIC was wearing the same red jump suit he was observed in during the surveillance the night before in Anderson, Indiana. BOSTIC was carrying a blue tote bag with handles and a couple of bottles. BOSTIC walked directly from the residence to the black Dodge Ram pickup and left the area. This surveillance was videotaped and Det. Greenlee, who had observed the blue bag exchange in Anderson the night before, reviewed a photo of BOSTIC carrying the blue

bag from his residence in Fishers and Greenlee stated the bag looked identical to the one that was exchanged in Anderson.

On January 28, 2022, the DEA was notified by an agent with the Department of Homeland Security that BOSTIC was flying from Indianapolis, Indiana to Las Vegas, Nevada. There was no return flight listed on BOSTIC flight information.

January 31, 2022, Judge Collins of the Northern District of Indiana issued a GPS tracking warrant on the vehicle BOSTIC has been driving a 2019 Black Dodge Ram pickup VIN: 1C6SRFPR4KN512097, with Indiana Plate TK513NOC, registered to Jackie Shouse at 1204 E 6th Street Muncie, Indiana, 47302, 1:22MJ-11.

On February 2, 2022, BOSTIC returned to the Indianapolis, Indiana. During a check of Enterprise Rent-A-Car it was discovered that BOSTIC rented a vehicle from the Las Vegas McCarran International Airport on January 28, 2022 at 8:32 p.m. and returned the vehicle to the Las Vegas McCarran International Airport on February 1, 2022 at 8:24 p.m. During the time period BOSTIC had the vehicle rented, the vehicle was driven 724 miles.

Det. Greenlee conducted a Vehicle Detection Report, through license plate readers, and located the vehicle BOSTIC rented, a Chevrolet Tahoe with California license plate 8UXT647, was southbound from Las Vegas on I-15 on January 31, 2022 at 10:04 a.m. PST. The same vehicle was photographed returning northbound at the California/Nevada border on February 1, 2022 at 1:24 p.m. PST. Through your Affiant's experience, your Affiant has traveled this roadway and knows that I-15 is the common route from Las Vegas to the Los Angeles, California area. Your Affiant

is also aware that the FBI had received information that BOSTIC had a drug supplier in Lakewood, California which is suburb of Los Angeles.

On February 2, 2022, through electronic surveillance, BOSTIC's black Dodge Ram arrived at 6619 Pine Meadows Lane and left the next morning at approximately 10:53 a.m.

On February 4, 2022, through electronic surveillance, BOSTIC's black Dodge Ram arrived at 6619 Pine Meadows Lane and was only there for six minutes then the vehicle left again. Det. Greenlee conducted surveillance on Pine Meadows and observed a set of tire prints in the snow and a white cargo van sitting in the driveway with the garage door up. Through surveillance, investigators have followed the subject driving the white cargo van to and from the Lewis Street Grill at 425 East Lewis Street, Fort Wayne, Indiana. The cargo van license plate is TK458NOD is registered to Demetrius Bostic. The vehicle has been observed routinely at the Lewis Street Grill and at 6619 Pine Meadows over this investigation.

On February 7, 2022, surveillance officers conducted surveillance on BOSTIC driving the 2019 Black Dodge Ram pickup with Indiana Plate TK513NOC. Surveillance officers both with physical and electronic surveillance observed BOSTIC drive to 6619 Pine Meadows Lane, Fort Wayne, (a suspected stash house), for a short period to time. When BOSTIC left 6619 Pine Meadows surveillance officers observed BOSTIC drive to Kroger's located at 6002 St. Joe Center Road. Cpl. Kelly observed BOSTIC driving up and down each row of cars. Cpl. Kelly stated it appeared BOSTIC was looking for someone. After a few minutes of driving around the parking lot

BOSTIC parked in the far west isle before the exit lane. Det. Compton observed BOSTIC return to the Dodge pickup truck then leave the area.

Your Affiant reviewed Kroger's surveillance camera and it appeared that BOSTIC exited the driver's side of his Dodge pickup truck and placed a package into the truck of a red passenger's car. The surveillance camera had poor quality so your Affiant was unable to identify the subject in the red vehicle.

Through you Affiant's training and experience it is common for drug dealers to retrieve narcotics from their stash house and then deliver the narcotics to a subject at a location close by. Drug dealers do this to protect the location of the stash house so they do not get robbed of their money or drugs.

On February 8, 2022, Judge Collins of the Northern District of Indiana renewed the phone ping warrant on 260-267-4137, Jerry WATSON's cellular phone, 1:22MJ13.

On February 8, 2022, Judge Collins of the Northern District of Indiana renewed the phone ping warrant on 260-602-2808, BOSTIC's cellular phone, 1:22MJ14.

On February 24, 2022, surveillance officers observed BOSTIC driving the 2019 Black Dodge Ram pickup with Indiana Plate TK513NOC in Anderson, Indiana. Surveillance officers followed Bostic from I69 to the Marathon Gas Station at1629 Raible Avenue, Anderson, Indiana where BOSTIC met with a black Buick. A male black exited the Buick carrying a black bag and entered into the passenger's seat of BOSTIC's pickup truck for less than a minute. The male then exited without the bag

and went back to the black Buick for a few seconds and returned to BOSTIC's pickup truck where he sat inside a for approximately one minute. The male exited the vehicle without the bag again and returned to the front seat of the black Buick. BOSTIC left the area towards I69. Approximately 7 minutes later the black Buick left the gas station and drove to 2508 W 11th Street, Anderson, Indiana. This is the same address that on January 25, 2022, surveillance officers observed a subject exit BOSTIC's truck with a duffle bag and enter a Buick then drove to 2508 W 11th Street, Anderson, Indiana.

A check of an online Law Enforcement data based revealed the phone number 260-312-8777, registered to Leander Redfield showed the address of 2508 W 11th Street, Anderson Indiana. A review of the surveillance video footage revealed the male driving the black Buick at the marathon is similar in appearance as Leander Redfield.

On March 1, 2022, your Affiant observed BOSTIC's phone pings in the area of Maplecrest Road and St. Joe Center Road. Your Affiant setup surveillance at 6619 Pine Meadow and observed BOSTIC back out of the garage driving his purple Buick with Indiana registration 855EDP. BOSTIC's white cargo van that parks at this residence was not there while BOSTIC was inside the residence. BOSTIC's white van had been observed parked at the Lewis Street Grill prior to your Affiant going to the area of 6619 Pine Meadows and the white van was still at the Lewis Street Grill when your Affiant followed BOSTIC to the downtown Fort Wayne area. Due to the fact that

BOSTIC parked inside the garage of 6619 Pine Meadows, it would indicate that BOSTIC has access to the residence

On March 3, 2022, members of the Hamilton County Drug Task Force conducted surveillance on BOSTIC who was driving the black Dodge Ram pickup truck with Indiana TK513NOC. The Hamilton County DTF observed BOSTIC arrive in Anderson Indiana at the Dollar General located at 1812 Raible Street. When BOSTIC arrived the black Buick, which is familiar to investigators, was already in the lot. When BOSTIC parked the male black from the black Buick entered into BOSTIC's pickup truck holding a white Styrofoam food container. One minute later the male exited BOSTIC's truck carrying the same Styrofoam food container and entered into the black Buick. Both vehicles departed the parking lot and surveillance officers followed the black Buick back to 2508 11th Street, Anderson, Indiana. The GPS on BOSTIC's Dodge Ram truck indicated he continued into Indianapolis and made several stops before returning to his residence at 12013 Chapelwood Lane, Fishers, Indiana where he spent the night.

On March 4, 2022, at approximately 2:43 p.m., the GPS tracker on BOSTIC's Dodge Ram truck arrived at the Indianapolis Airport and BOSTIC's phone ping also indicated BOSTIC's phone was in the area of the Indianapolis airport. Later that evening BOSTIC's phone ping indicated BOSTIC phone was located in Las Vegas, Nevada. BOSTIC's phone ping indicated that he returned to Indiana on March 7, 2022.

On March 4, 2022, WATSON's phone ping indicated WATSON was southbound from Fort Wayne on Interstate 69. On March 5, 2022, WATSON's phone ping indicated WATSON's phone was in St. Louis, Missouri. It should be noted that all of WATSON's known vehicles were located in Fort Wayne by your Affiant on March 5, 2022. WATSON's phone ping indicated he returned to Fort Wayne on March 6, 2022.

On March 9, 2022, Judge Collins of the Northern District of Indiana renewed the phone ping warrant on 260-267-4137 phone, Jerry WATSON's cellular phone, 1:22MJ39.

On March 9, 2022, Judge Collins of the Northern District of Indiana renewed the GPS tracking warrant on Jerry WATSON's a dark blue 2008 Chevrolet Silverado Pickup, VIN: 2GCEK13M281122315, 1:22MJ40.

On March 9, 2022, Judge Collins of the Northern District of Indiana issued a GPS tracking warrant on the vehicle BOSTIC has been driving a 2019 Black Dodge Ram pickup VIN: 1C6SRFPR4KN512097, with Indiana Plate TK513NOC, registered to Jackie Shouse at 1204 E 6th Street Muncie, Indiana, 47302, 1:22MJ41.

On March 9, 2022, Judge Collins of the Northern District of Indiana renewed the phone ping warrant on 260-602-2808, BOSTIC's cellular phone, 1:22MJ42.

On March 19, 2022, the GPS on BOSTIC's black Dodge Ram pickup indicated BOSTIC travelled to New York City. On March 22, 2022, surveillance officers observed BOSTIC driving the black Dodge Ram pickup with an unknown male subject. BOSTIC was followed from Dayton, Ohio to Muncie, Indiana then the GPS

tracker indicated BOSTIC drove to Anderson, Indiana then back to his residence in Fishers, Indiana once he returned from New York City.

On March 26, 2022, WATSON's it was discovered that WATSON was in Detroit, Michigan area and was on his way back corroborated by the GPS tracker installed in WATSON's truck and the authorized phone ping on WATSON's phone. When WATSON entered Allen County, Indiana he was stopped for speeding. Officers noticed that BOSTIC was not following WATSON. During the stop, ACDTF Det. Dan Radecki used his K9 Brix and conducted a free air sniff of WATSON vehicle receiving a positive alert. During the search, officers did not find drugs in WATSON's vehicle. WATSON said that he drove to Michigan, where he purchased and installed new rims on his truck that were observed by Officers. Officers found bumper clips inside WATSON's truck and also noticed tool marks on WATSON's truck taillight assemblies. Officers released WATSON and gave him a warning for speeding.

On April 4, 2022, WATSON's phone ping indicated that WATSON drove to Cleveland Ohio and flew to Los Angeles and then drove down to the San Diego area.

On April 5, 2022, BOSTIC's GPS tracker on the black Dodge Ram truck indicated that it was at the Indianapolis Airport. BOSTIC turned his cellular phone that is being pinged, 260-602-2808, off several days before driving to the airport. Through this investigation it is common for BOSTIC to shut off his phone when he is believed to be involved in illegal activity and he does not want his location known.

On April 5, 2022, during a check of Enterprise Rent-A-Car it was discovered that BOSTIC rented a vehicle from the Phoenix Sky Harbor International Airport on April 5, 2022 at 9:10 p.m. and returned the vehicle to the Phoenix Sky Harbor International Airport on April 7, 2022 at 9:48 p.m. During the time period BOSTIC had the vehicle rented, the vehicle was driven 325 miles.

Through this investigation it is suspicious that WATSON and BOSTIC left Indiana on consecutive days and BOSTIC's phone is turned off. During the course of this investigation, FBI had an occasion to interview a cooperating federal defendant hoping to obtain a sentencing benefit that is a known drug dealer associated with BOSTIC. The cooperating federal defendant informed the FBI that BOSTIC had drug sources of supply in southern California and that BOSTIC used "mules" (drivers) to drive his drugs back from southern California to Indiana with drugs concealed inside the driver's vehicle (load car). Additionally, the cooperating federal defendant informed the FBI that BOSTIC and others followed the drivers in the load car. This was done so that BOSTIC and the others could watch the mule driving the load car and potentially interfere with law enforcement and commit a traffic violation if they believed law enforcement was interested in the load car. As previously stated, during this investigation BOSTIC has turned off his phone when what the investigators believe he is committing illegal activity such as the trip from Detroit, Michigan on December 3rd and 4th, 2021. Through your Affiant's training and experience, it would be a counter-surveillance tactic to turn off electronic devices to prevent tracking of the device in hopes to conceal criminal activity.

On April 8, 2022, Judge Collins of the Northern District of Indiana renewed the phone ping warrant on 260-267-4137, Jerry WATSON's cellular phone, 1:22MJ58.

On April 8, 2022, Judge Collins of the Northern District of Indiana renewed the phone ping warrant on 260-602-2808, BOSTIC's cellular phone, 1:22MJ59.

On April 11, 2022, at approximately 11:48 a.m., the GPS device on BOSTIC's Dodge Ram truck indicated it left the Indianapolis airport. BOSTIC phone ping was activated at 12:50 p.m., and the phone was back on and it indicated it was in the Indianapolis area.

## PROBABLE CAUSE FOR EACH LOCATION

### 1. 110 Riley Place, Fort Wayne, Allen County, Indiana

Through surveillance, both physical and electronic, this address is BOSTIC's primary residence in Fort Wayne, Indiana. Throughout this long-term investigation BOSTIC has been observed at 110 Riley Place, Fort Wayne, Indiana on an almost weekly basis. Early in this investigation on May 5, 2021, surveillance officers observed BOSTIC leave 110 Riley Place, Fort Wayne, Indiana, 53 minutes before making a money drop of $148,500.00 to a DEA Confidential Source at the Planet Fitness parking lot at 1916 West Dupont Road, Fort Wayne, Indiana. Since the May 5th incident members of the DEA and the Allen County Drug Task Force have observed the vehicles BOSTIC has been observed driving parked at the residence. In addition to the vehicles being seen at 110 Riley Place, BOSTIC's phones pings also

indicated he is in the area of 110 Riley place on a regular basis. As recent as March 19, 2022 BOSTIC's phone was pinging in the area of 110 Riley Place.

Through the Allen County Assessor's office 110 Riley Place, Fort Wayne, Indiana is listed as being owned by Andrene Nicole Sinclair who is believed to be BOSTIC's girlfriend due to the fact that BOSTIC's phone is in her name and Sinclair list 110 Riley Place as her residence in the local law enforcement data base.

**2. 6619 Pine Meadows Lane, Fort Wayne, Indiana**

Through surveillance, both physical and electronic, this location is believed to be a stash house for BOSTIC. On multiple occasions BOSTIC has been observed at 6619 Pine Meadows Lane which indicated that this is a stash location. On May 5, 2021, BOSTIC went to this location after he delivered $148,500.00 to a DEA Confidential Source at the Planet Fitness parking lot at 1916 West Dupont Road, Fort Wayne, Indiana and on June 7, 2021, during the traffic stop where officers seized $169,520.00 from Jerry WATSON, surveillance officers observed BOSTIC drive back to 6619 Pine Meadows Lane, Fort Wayne. During surveillance officers have also noticed that it appears that BOSTIC has unrestricted access to the residence and possibly a garage door opener.

The white van with Indiana registration TK458NOD that normally sits in the driveway overnight at 6619 Pine Meadows Lane and is at the Lewis Street Grill during the day is registered to Demetrius BOSTIC. The subject who has been observed driving the white van from 6619 Pine Meadows Lane to the Lewis Street Grill is believed to be Tyrone Freeman DOB: 2/14/1963.

Through your Affiant's training and experience it is common for drug dealers to retrieve narcotics from their stash house and then deliver the narcotics to a subject at a location close by. Drug dealers do this to protect the location of the stash house so they do not get robbed of their money or drugs.

**3. 4124 Moorfield Lane, Fort Wayne, Indiana**

Through surveillance and through the Indiana Bureau of Motor Vehicle and the local law enforcement data base this residence is known to be Jerry WATSON's. Through confidential informant information WATSON is the "runner" for the BOSTIC Drug Trafficking Organization ("DTO"). Through your Affiant's training and experience, a "runner" is a drug courier, an individual who transports dangerous drugs or money for the DTO in exchange for payment. This person is normally not familiar to law enforcement and has a clear criminal record so they will not look suspicious if they are stopped by the police.

The traffic stop on June 7, 2021 where BOSTIC was following WATSON and $169,520 was seized was the first indication of WATSON's involvement in the DTO. Since June 7, 2021 surveillance officers have observed multiple trips where surveillance officers have observed WATSON being followed by a second vehicle, normally BOSTIC. On October 17, 2021, December 3, 2021, January 5, 2022, and January 19, 2022 WATSON had made trips to Michigan and was followed back by another subject, normally BOSTIC. On December 13, 2021 and January 25, 2022 WATSON was followed by BOSTIC to Anderson, Indiana and met up with BOSTIC in a parking lot then immediately returned to his residence in Fort Wayne.

Through your Affiant's training and experience it is common for Drug Trafficking Organizations to have individuals whose job is to drive the drugs and/or money so there is less risk to the high-ranking officials in the drug trafficking organization. Your Affiant is also aware that evidence may be located inside the courier's residence, such as maps, ledgers, money, and even narcotics. And your Affiant is aware that the drug courier's cellular phone will have numbers to the other members of the drug trafficking organization including instructions, directions, and possibly photographs of evidence.

**4. Lewis Street Grill, 425 East Lewis Street, Fort Wayne, Indiana –**

Through the Indiana Business Registry Demetrius BOSTIC is listed as the Registered Agent for the Lewis Street Grill, LLC 425 E Lewis Street, Fort Wayne, Indiana with the State of Indiana Business Number of 201901251301299. BOSTIC is also listed as a Member and Andrene Sinclair is listed as the Secretary of Lewis Street Grill, LLC. Both BOSTIC and Sinclair list 110 Riley Place, Fort Wayne, IN as their address in the registry. BOSTIC has also identified himself as the owner of the Lewis Street Grill during a police report on June 4, 2019 at 425 East Lewis Street when shots were fired at BOSTIC, FWPD Report #19F065102.

Through ongoing surveillance over multiple months, BOSTIC and WATSON have been observed at the Lewis Street Grill on a weekly if not daily bases indicating that both parties work at the location in some type of capacity. Also, after the tandem trips to Detroit on December 3, 2021 and January 5, 2022, which are believed to involve illegal activity, BOSTIC and WATSON ended up at the Lewis Street Grill.

Informant information also indicate BOSTIC is the owner and there is narcotics being stored at the business location.

Grand Jury Subpoena information from PNC Bank has BOSTIC listed on the bank accounts for the Lewis Street Grill. Through this investigation it was learned that BOSTIC is commingling personal funds and business funds through the business. An employee within the Anti-Money Laundering Department of PNC Bank Investigative Unit had also noticed suspicious activity with the Lewis Street Grill banking account due to the large amount of money moving through that bank account and notified DEA investigators of the same. An internal investigation by PNC bank is pending.

**5. Storage Unit – U-Stor Tillman Storage Unit J16 826 East Tillman Road, Fort Wayne, Allen County Indiana:**

During the investigation your Affiant observed BOSTIC drive to U-Stor Tillman storage units located at 826 East Tillman. A subpoena was issued to Sandlian Management Corporation regarding U-Stor Tillman Storage Units regarding Demetrius BOSTIC'S activity there. Through a subpoena it was learned that BOSTIC rented storage unit J16 on February 1, 2018. BOSTIC has maintained that storage unit since 2018.

During both physical and electronic surveillance, BOSTIC has been observed at the U-Stor Unit Facility location at 826 East Tillman Road, Fort Wayne, Indiana. This occurred as recently as February 2, 2022 and again in the first week of March,

2022, when BOSTIC was observed at the storage unit office. Records indicate that BOSTIC has not physically entered the storage unit since July 2021.

Through your Affiant's training and experience it is common for drug dealers to use storage units, much like stash house, to keep their narcotics and cash isolated from the location where they are conducting their drug business. Having a storage unit protects the drug dealer's money and/or drugs in the event they are burglarized by a rival drug dealer or if they are raided by the Police.

**6. BOSTIC's Vehicle - a black 2019 Dodge Ram, VIN: 1C6SRFPR4KN512097, with Indiana Plate TK513NOC, registered to Jackie Shouse at 1204 E 6th Street Muncie, Indiana, 47302**

During this investigation BOSTIC has used this Dodge Ram pickup truck in multiple trips where BOSTIC is believed to be following WATSON's vehicle to ensure the "load", either money or drugs, make it to its destinations. This includes trips to Michigan and Anderson, Indiana. This vehicle is registered to Jackie Shouse of 1204 East 6th Street Muncie, Indiana. It is common for drug dealers to place vehicles into other people's names to attempt to hide their identity and to hide assets that may be forfeited to law enforcement.

Through your Affiant's training and experience it is common for drug dealers' vehicles to contain GPS, maps, phones, receipts, or ledgers of locations where members of the DTO have travelled. This information would assist in identifying other co-conspirators involved in this Drug Trafficking Organization.

**7. WATSON's VEHICLE: A blue 2008 Chevrolet Silverado Pickup, VIN/2GCEK13M281122315, with Indiana Plate ADA495, registered to Jerry WATSON at 4124 Moorfield Lane, Fort Wayne, IN 46816**

During this investigation, WATSON has been followed by BOSTIC on multiple trips where WATSON's vehicle is believed to be carrying the "load", either money or drugs. BOSTIC follows WATSON to make sure it arrives to its destinations. This includes trips to Michigan and Anderson, Indiana. It is believed that WATSON's blue 2008 Chevrolet Silverado Pickup with Indiana Plate ADA495 may contain GPS, maps, phones, receipts, or ledgers of locations where WATSON and BOSTIC have travelled. This information would assist in identifying other co-conspirators involved in this Drug Trafficking Organization.

**Justification for search warrants through training and experience**

Your Affiant has not included each and every fact known or provided by members of the DEA or by other law enforcement officers concerning the individual events described herein, and your Affiant has not provided all the information concerning the investigation. The information contained in the affidavit is based on your Affiant's personal observations and on information provided to your Affiant by other law enforcement officers.

As a result of your Affiant's training and experience, your Affiant has become familiar with common methods used by drug traffickers. Drug traffickers often purchase, title, or lease assets such as homes or vehicles in fictitious or alias names, or in the names of relatives or other associates in order to avoid detection and

suspicion by law enforcement; however, even though the asset may not be in the name of the drug trafficker, he or she nevertheless actually owns, continues to use, or exercises control over these assets. It is common for a drug trafficker to reside at a location and/or utilize a residence or separate stash location(s) for drug trafficking even though his or her name is not on the ownership or lease paperwork. It is important therefore to search for and seize documents and paperwork tending to establish the person or persons who occupy, use, own, or control a residence or residences or other locations. It is important as well to search for and seize financial documents in order to locate and track the destination of illegal drug proceeds and to investigate any claimed legitimate sources of income.

It is common in your Affiant's training and experience for drug traffickers to keep cash on hand and to store it in a variety of locations, including a residence or in other storage locations or vehicles. Drug traffickers must often keep money on hand in order to maintain and finance their drug supplies and in order to continue to purchase more drugs, supplies, and equipment. Drug sales typically generate a large amount of cash in smaller denominations. Because they often have large amounts of drugs or cash on hand, it is common for other individuals to burglarize their homes or other storage locations and to steal the drugs or cash. It is common for drug traffickers to possess in their homes or other storage locations firearms or other dangerous weapons in order to protect their profits, supply of drugs, and themselves from others who might attempt forcibly to take these items. Because it would expose their drug business, drug traffickers rarely notify or utilize law enforcement when

burglaries or robberies of their drug businesses occur, choosing instead to protect themselves through weapons and secrecy. Therefore, it is common to find firearms, ammunition, magazines, and other weapons near drug stashes or cash in the residences and stash locations of the drug trafficker.

It is common in your Affiant's training and experience for drug traffickers to keep and maintain books, records, receipts, notes, or other drug ledgers in order to keep track of amounts paid and owed to other individuals for drug transactions. These ledgers and notes oftentimes are invaluable for discerning an individual's drug suppliers or customers, especially if compared to telephone records, telephone directories, address books, contact lists, and so forth.

Your Affiant also knows that drug traffickers often utilize multiple telephones in an effort to hide their drug activities. Drug traffickers commonly use cellular telephone communication, including voice calls and electronic communications, in order to coordinate drug transactions and drug business. Cellular telephones commonly contain a directory, a list of recent contacts, photographs or videos, saved or deleted text messages or other electronic communications, social media messages or videos, or other information which may identify other drug suppliers or customers in contact with the drug trafficker and other conspirators. Drug traffickers also commonly retain old telephones as they switch to newer telephones, and in your Affiant's experience, it is common to find old telephones with the data still available for retrieval. Telephone directories can be important in identifying individuals on a drug ledger and can be important in identifying associates, conspirators, drug

suppliers, and drug customers. Text messages and other electronic communications commonly contain details about drug transactions or drug meetings. With telephone conversations, it is important to identify speakers on various telephones, especially considering the fact that subscriber information is not always accurate or even present. Because of this need to identify the primary users of telephones, it is necessary to search for and seize cellular telephones because the telephone number and other stored information will at least identify the telephone number and might further contain information identifying the primary user. It is also necessary to search for and seize cellular telephone records and cellular telephone boxes and other equipment and accessories which often assist with identifying the telephone and with charging the telephone for examination. Finally, drug traffickers commonly take photographs or videos of guns, drugs, or money in order to demonstrate product quality to customers or show their success with drug dealing, and they sometimes keep photographs or videos of drug associates, who might be friends or family. Also, various data assists with identifying the drug trafficker as a telephone's primary user; as a result, personal communications or other data intermixed with drug trafficking evidence assists with identifying the individual using the telephone for drug dealing.

Through your Affiant's training and experience it is common for drug dealers to use storage units, much like stash house, to keep their narcotics and cash isolated from the location where they are conducting their drug business. Having a storage

unit protects the drug dealer's money and/or drugs in the event they are burglarized by a rival drug dealer or if they raided by the Police.

Through your Affiant's training and experience, and through surveillance, informant information, along with bank subpoenas it appears that illegal activity is occurring at the Lewis Street Grill. It is common for ledgers and account books to be located at a business which would also provide evidence of money laundering. It is also common for drug money and/or narcotics to be stored at a business with smaller user amounts for daily distribution.

It is common in your Affiant's training and experience for drug traffickers to possess paraphernalia for packaging, processing, weighing, and distributing drugs. Most drugs are sold by weight, including cocaine and other drugs, and it is very common for drug traffickers to keep or maintain one or more weighing scales and associated calibration weights or instructions manuals, with these scales oftentimes containing drug residue. Drug traffickers also commonly possess large amounts of plastic bags for distributing drugs, heat sealers for sealing drugs or money into plastic bags, and empty packaging material from prior drug shipments. More sophisticated drug traffickers are often careful about how they dispose of old packaging material, increasing the possibility of them storing these items for more secure disposal at a later time.

Based on the above information, your Affiant has probable cause to believe that the above-described locations contain evidence of a crime; contraband, fruits of crime, or other items illegally possessed; and property designed for use, intended for use, or

used in committing a crime, which are more fully described in Attachment B to this affidavit and pertaining to violations of 21 U.S.C. §§ 841 and 856.

Based on the information contained in this affidavit, your Affiant requests the issuance of a search warrant for the property and premises and all out-buildings and vehicles contained on the premises previously identified and described herein and in Attachments A in order to seize the fruits, evidence, and instrumentalities of the crimes described in this affidavit and set forth in Attachment B, which is attached hereto, and incorporated by reference.

This search warrant is being considered via telephone or other reliable electronic means, in accordance with Federal Rules of Criminal Procedure 41(d)(3) and 4.1. Furthermore, this affidavit has been electronically transmitted verbatim to the judge.

The foregoing facts are true to the best of your Affiant's knowledge and belief, and further your Affiant sayeth naught.

Darren L. Compton
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn before me this 15th day of April, 2022.

Susan Collins
U.S. Magistrate Judge
Northern District of Indiana